IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0668-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**BROOKS TERRELL-BEY**,

    Plaintiff,

v.

**K. CRANK**, Trust Fund Accountant; and
**GOMEZ**, Unit Manager,

    Defendants.
    Defendants.
    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion To Compel An Officer OF the U.S. to Perform His Duties (ECF No. 4) is DENIED WITHOUT PREJUDICE as premature.  This case is currently in initial review, pursuant to D.C.COLO.LCivR 8.1(a).

Dated:  April 16, 2015